ITHACA GAS-LIGHT COMPANY, Appellant, *v.* LEONARD TREMAN et al., Appellants; HENRY G. BEATLEY, Respondent.

(Argued October 16, 1883 ; decided October 26, 1883.)

THIS action was brought by plaintiff against its president and treasurer for alleged malfeasance. The action was brought upon the demand of Henry G. Beatley, who owned one share of plaintiff's capital stock, of the par value of $25. Upon his application an order was made allowing him to come in as a party defendant.

From the order of General Term affirming said order this appeal is brought.

The mem. handed down is as follows :

" The Supreme Court had the power, under section 452 of the Code, to grant or refuse Beatley's application to be made a party to this action, and we cannot interfere with the exercise of its discretion.

It does not, however, follow that he can take substantial control of the prosecution of the action. His position is one that cannot commend him to a court of equity. He has but one share of the stock, and if he can establish all the wrongs which he alleges, the amount of damage to be apportioned to that share could not exceed about $15. He bought his stock, knowing all the facts, and thus voluntarily exposed himself to the wrongs of which he complains. Under such circumstances it remains to be determined how far he can vex the courts, and annoy other people with a litigation in which, even if he wins, he will lose more than he gains.

We regret to be obliged to dismiss the appeal, but do it without costs."

*J. McGuire* for appellant.

*L. E. Warren* for respondent.

*Per Curiam* mem. for dismissal of appeal.
All concur.
Appeal dismissed.